MARY L. BELL, Respondent, v. TOWN OF NEW LISBON, Appellant.— Judgment and order unanimously affirmed, with costs.

GEORGE H. CHAPMAN, Respondent, v. NIAGARA SILK MILLS, Appellant.— Judgment and orders unanimously affirmed, with costs.